UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIDA GONZALEZ,

                Plaintiff,

against

NYU LANGONE HOSPITALS,

                Defendant.

CIVIL ACTION NO.: 18 Civ. 1797 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference was held today, March 4, 2020. This case was referred to the undersigned to resolve the pending discovery dispute regarding authorization for certain medical and substance abuse records. (ECF Nos. 95, 99). The referral expanded to include all pending and future discovery issues (ECF No. 104), including Defendant's request for a discovery conference regarding Plaintiff Aida Gonzalez's failure to attend a deposition (ECF No. 102).

Defendant's request for a discovery conference for its anticipated motion to compel (ECF No. 95) is DENIED with leave to renew. The parties confirmed that Ms. Gonzalez has already provided authorization for psychological records and some medical records. Accordingly,

1. Defendant is directed to proceed with the authorizations Plaintiff has already provide and then reevaluate whether authorizations concerning HIV status and alcohol/drug treatment are indeed necessary; and

2. the parties are directed to meet-and-confer concerning a stipulated confidentiality order in this case (the Court's Model Confidentiality Stipulation and Proposed Protective Order can be found at https://nysd.uscourts.gov/hon-sarah-l-cave), and potentially less

intrusive means by which Defendant may obtain the discovery it seeks through the additional authorizations.

3. After the meet-and-confer, if necessary, Defendant may file a renewed letter-motion for a discovery conference regarding the disputed authorizations. Defendant's letter-motion, Ms. Gonzalez's response, and any reply by Defendant must include citations to controlling authority.

4. Ms. Gonzalez's counsel is directed to provide Defendant's counsel a list of years for which Ms. Gonzalez's performance evaluations have not been produced in discovery by either party. On receipt of the list, Defendant's counsel is directed to review its documents and (i) produce the missing evaluations; or (ii) make a representation that Defendant does not have or is unable to locate the evaluations. The parties are reminded that Ms. Gonzalez's deposition must be completed before the fact discovery deadline on Monday, March 16, 2020. Accordingly, Defendant's Letter-Motion for a discovery conference regarding Ms. Gonzalez's deposition (ECF No. 102) is TERMINATED AS MOOT.

The Clerk of Court is respectfully directed to close ECF No. 102.

Dated: New York, New York
March 4, 2020

SO ORDERED

*Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**