USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIDA GONZALEZ,

           Plaintiff,

-against-

NYU LANGONE HOSPITALS,

           Defendant.

1:18-cv-01797-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. In a Standing Order dated March 13, 2020, the Chief Judge of this Court advised judges to conduct court proceedings by telephone where practicable and to exercise discretion whether to hold or adjourn hearings and conferences [M10-468, 20MISC00154]. Accordingly:

      It is hereby ORDERED that the Conference scheduled to take place in this matter on **April 9, 2020** is adjourned sine die.

**SO ORDERED.**

Date: March 31, 2020
New York, NY

           */s/ Mary Kay Vyskocil*
           **MARY KAY VYSKOCIL**
           **United States District Judge**