UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIDA GONZALEZ,

                  Plaintiff,

against

NYU LANGONE HOSPITALS,

                  Defendant.

CIVIL ACTION NO.: 18 Civ. 1797 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties are directed to file a joint status report, by **Thursday, August 13, 2020**, confirming whether fact discovery closed by the August 3, 2020 deadline and stating how the parties intend to move the case forward.

Dated:     New York, New York
             August 6, 2020

                                              SO ORDERED

                                              _____
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**