UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AIDA GONZALEZ,

                Plaintiff,                18 **CIVIL** 1797 (MKV)

      -against-                      **JUDGMENT**

NYU LANGONE HOSPITALS,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 16, 2021, Defendant's motion for summary judgment is GRANTED as to Plaintiff's Title VII retaliation claim. Having dismissed all of Plaintiff's claims that were based on a federal question under 28 U.S.C. § 1331, and there being no other basis for federal jurisdiction over this case, the Court declines to exercise its supplemental jurisdiction over Plaintiff's remaining claims. *See* 28 U.S.C. § 1367(c)(3); *see also First Cap. Asset Mgmt., Inc. v. Satinwood, Inc.*, 385 F.3d 159, 183 (2d Cir. 2004). Accordingly, those claims are DISMISSED without prejudice and the case is closed.

**Dated:** New York, New York
          September 16, 2021

                                          **RUBY J. KRAJICK**
                                             Clerk of Court
                               BY:
                                              Deputy Clerk